**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JAIDEN BUCHAN, | : | No. 414 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| THE MILTON HERSHEY SCHOOL; PETER | : | |
| GURT, INDIVIDUALLY & AS PRESIDENT | : | |
| OF THE MILTON HERSHEY SCHOOL; | : | |
| KATHERINE AKINS; RONALD AKINS; AND | : | |
| KELLEY RUSENKO, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of January, 2020, the Petition for Allowance of Appeal is

**DENIED**.